**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-6416**
_____

MICHAEL BRUNELL FLANIGAN,

        Plaintiff – Appellant,

     v.

ELIZABETH PANAGUITEN, MLP; J. D. ALLEN, Clinical Director;
VANESSA P. ADAMS, Warden; HARRELL WATTS, Administrator
National Inmate Appeals; KIM WHITE, Southeast Regional
Director; Y. APONTE, Assistant Health Services
Administrator; S. DESROCHERS,

        Defendants – Appellees,

     and

UNITED STATES OF AMERICA, General Accounting Office; FEDERAL
BUREAU OF PRISONS,

        Defendants.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Mark S. Davis, District
Judge. (2:08-cv-00169-MSD-TEM)

_____

Submitted: February 10, 2011    Decided: February 17, 2011

_____

Before WILKINSON and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Brunell Flanigan, Appellant Pro Se.  George Maralan Kelley, III, Assistant United States Attorney, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Brunell Flanigan appeals the district court's order denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, although we grant Flanigan's motion to supplement the record, we affirm for the reasons stated by the district court. Flanigan v. Panaguiten, No. 2:08-cv-00169-MSD-TEM (E.D. Va. filed Feb. 2, 2010 & entered Feb. 3, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED